PAUL M. WARNER, UNITED STATES ATTORNEY (#3389)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
CLERK, U.S. DISTRICT COURT
27 MAR 03 PM 5:06
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **1:03CR 0046 DAK** |
| Plaintiff, | : | I N D I C T M E N T |
| | : | VIOS. 18 U.S.C. § 2113, |
| vs. | : | BANK ROBBERY; 18 U.S.C. § |
| | : | 924(c) CARRYING OR USING |
| | : | A FIREARM IN RELATION TO |
| | : | A CRIME OF VIOLENCE. |
| CHRISTOPHER CRAMER, | : | |
| Defendant. | : | |

The Grand Jury charges:

### COUNT I

On or about the 14th day of March 2003, in the Northern Division, District of Utah,

**CHRISTOPHER CRAMER,**

the defendant herein, by force, violence and intimidation did take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of the Golden West Credit Union, 410 east Antelope Drive, Clearfield, Utah, a credit union whose deposits are and on the date of the robbery were then federally insured, in violation of

Title 18, United States Code, Section 2113(a).

## COUNT II

On or about the 14th day of March 2003, in the Northern Division, District of Utah,

**CHRISTOPHER CRAMER,**

the defendant herein, during and in relation to a crime of violence, that is, the bank robbery described in Count 1 of this Indictment, used and carried a firearm, a 9mm semiautomatic Desert Eagle handgun, all in violation of 18 U.S.C. §924(c).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
UNITED STATES ATTORNEY

_____
CARLOS A. ESQUEDA
Assistant United States Attorney