USDC UT Approved 06/06/00    Revised 11/03/00

FILED
CLERK, U.S. DISTRICT COURT
14 AUG 03 PM 4:16
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

# United States District Court
## District of Utah

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | (For Offenses Committed On or After November 1, 1987) |
| **Christopher Cramer** | Case Number: 1:03-CR-00046-001 DAK |
| aka "Big" | Plaintiff Attorney: Carlos Esqueda |
| aka "Country" | Defendant Attorney: Mark Kouris |
| aka Christopher Emery Cramer | Atty: CJA ___ Ret ___ FPD ✖ |

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: **May 12, 1982**

**August 14, 2003**
Date of Imposition of Sentence

Defendant's USM No.: **10422-081**

Defendant's Residence Address:
171 South Burlington

Defendant's Mailing Address:
171 South Burlington

Los Angelos, CA 90057
Country  USA

Los Angelos, CA 90057
Country  USA

THE DEFENDANT:                                   COP  **06/03/03**   Verdict _____
✖ pleaded guilty to count(s)                    **1 and 2 of the Indictment.**
☐ pleaded nolo contendere to count(s)
   which was accepted by the court.
☐ was found guilty on count(s)

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 U.S.C. §2113(a) | Bank Robbery | 1 |
| 18 U.S.C. §924(c) | Carrying or Using a Firearm in Relation to a Crime of Violence | 2 |

Entered on docket
8/15/03 by:
Deputy Clerk

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

## SENTENCE

Pursuant to the Sentencing Reform Act of 1984, it is the judgment and order of the Court that the defendant be committed to the custody of the United States Bureau of Prisons for a term of **37 months as to count 1 and 84 months as to count 2, to run consecutively for a total of 121 months.**

Upon release from confinement, the defendant shall be placed on supervised release for a term of **60 months.**

☐ The defendant is placed on Probation for a period of _____



Defendant:     Christopher Cramer                                              Page 2 of 5
Case Number:   1:03-CR-00046-001 DAK

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*
> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant possesses a low risk of future substance abuse. (Check if applicable.)

### SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

In addition to all Standard Conditions of (Supervised Release or Probation) set forth in PROBATION FORM 7A, the following Special Conditions are imposed: (see attachment if necessary)

1. The defendant will submit to drug/alcohol testing as directed by the U.S. Probation Office and pay a one-time $115 fee to partially defer the costs of collection and testing. If testing reveals illegal drug use, the defendant shall participate in drug and/or alcohol abuse treatment under a co-payment plan, as directed by the U.S. Probation Office.

2. The defendant shall refrain from association with members of any street gangs.

3. Pursuant to 42 U.S.C. §1413a, as authorized in Section 3 of the DNA Analysis Backlog Elimination Act of 2000, the defendant shall submit to the collection of a DNA sample at the direction of the U.S. Probation Office.

### CRIMINAL MONETARY PENALTIES

### FINE

The defendant shall pay a fine in the amount of   $_____ , payable as follows:
☐ forthwith.
☐ in accordance with the Bureau of Prison's Financial Responsibility Program while incarcerated and thereafter pursuant to a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.
☐ in accordance with a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.
☒ other:
  **No Fine Imposed**

☐ The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).

☐ The court determines that the defendant does not have the ability to pay interest and pursuant to 18 U.S.C. § 3612(f)(3), **it is ordered that:**
  ☐ The interest requirement is waived.
  ☐ The interest requirement is modified as follows:

Defendant:     Christopher Cramer                                          Page 3 of 5
Case Number:   1:03-CR-00046-001 DAK

# RESTITUTION

**The defendant shall make restitution to the following payees in the amounts listed below:**

| Name and Address of Payee | Amount of Loss | Amount of Restitution Ordered |
|---|---|---|
| | | |

Totals:   $_____   $_____

(*See* attachment if necessary.) All restitution payments must be made through the Clerk of Court, unless directed otherwise. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless otherwise specified.

☐ Restitution is payable as follows:

    ☐ in accordance with a schedule established by the U.S. Probation Office, based upon the defendant's ability to pay and with the approval of the court.

    ☐ other: _____

☐ The defendant having been convicted of an offense described in 18 U.S.C.§3663A(c) and committed on or after 04/25/1996, determination of mandatory restitution is continued until _____ pursuant to 18 U.S.C. § 3664(d)(5)(not to exceed 90 days after sentencing).
    ☐ An Amended Judgment in a Criminal Case will be entered after such determination

## SPECIAL ASSESSMENT

The defendant shall pay a special assessment in the amount of $ __200.00__ , payable as follows:
☒ forthwith.
☐ _____

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid

## PRESENTENCE REPORT/OBJECTIONS

The court adopts the factual findings and guidelines application recommended in the presentence report except as otherwise stated in open court.

Defendant: Christopher Cramer
Case Number: 1:03-CR-00046-001 DAK

Page 4 of 5

## RECOMMENDATION

☒ Pursuant to 18 U.S.C. § 3621(b)(4), the Court makes the following recommendations to the Bureau of Prisons:

**That the dft be sent to FCI Sheridan OR, or if he does not qualify for Sheridan OR, to FCI Florence CO. The Court also recommends that the defendant enter the Intensive Drug Treatment program.**

## CUSTODY/SURRENDER

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district at _____ on _____ .

☐ The defendant shall report to the institution designated by the Bureau of Prisons by _____ Institution's local time, on _____ .

DATE: August 14, 2003

Dale A. Kimball
**United States District Judge**

Defendant: Christopher Cramer
Case Number: 1:03-CR-00046-001 DAK

Page 5 of 5

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

alt

```
          United States District Court
                    for the
                District of Utah
                August 15, 2003


       * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  1:03-cr-00046



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


     Mr Carlos A Esqueda, Esq.
     US ATTORNEY'S OFFICE
     ,    84111

     Mark S. Kouris, Esq.
     UTAH FEDERAL DEFENDER OFFICE
     46 W BROADWAY STE 110
     SALT LAKE CITY, UT  84101
     JFAX 9,5244023

     US Probation
     DISTRICT OF UTAH
     ,
     EMAIL

     USMS
     DISTRICT OF UTAH
     ,
     JFAX 9,5244048
```